UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. FOGLE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:07CV204 JCH |
| | ) |
| ALAN BLAKE, | ) |
| | ) |
| Respondent. | ) |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that Fogle's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability.

Dated this 9th Day of February, 2007.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE